## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sonia McGee

                                                 Plaintiff,

v.                                                                                 Case No.: 1:15−cv−04129
                                                                                Honorable John J. Tharp Jr.

Advocate Health Care Corporation

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2015:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion for attorney representation [26] is granted. The court appoints Jennifer Anne Naber, Laner Muchin, Ltd., 515 North State Street #2800, Chicago, IL 60654−4688, (312) 467−9800, Email: jnaber@lanermuchin.com to represent Ms. McGee in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37. The Court requests that the plaintiff's new counsel contact the plaintiff before the next status hearing in front of the Honorable Jeffrey Cole on 12/3/15 at 8:30 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.